**Order entered January 31, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00719-CR
No. 05-19-00724-CR
No. 05-19-00726-CR
No. 05-19-00727-CR
No. 05-19-00731-CR
No. 05-19-00733-CR
No. 05-19-00734-CR
No. 05-19-00750-CR

**MICHAEL DON GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80901-2018, 296-80914-2018, 296-81450-2018, 296-81451-2018, 296-81453-2018, 296-81455-2018, 296-81454-2018, 296-81452-2018**

## ORDER

Before the Court is the State's January 29, 2020 second motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received by the Court on January 29, 2020 **FILED** as of the date of this order.

/s/    LANA MYERS
PRESIDING JUSTICE